RECEIVED

JAN - 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA SQUIRES, ET AL. | MISC. CASE NO. 16-mc-98 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve Settlement of Victoria Squires, as Administrator and Derivative Claimant; and Michael Squires, Marjorie Squires, and David Squires, as Derivative Claimants, for the estate of Elizabeth Squires, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __6__ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE